JOSEPH NAPOLSKY, Respondent, v. SOL NAPP, Appellant.— Appeal by defendant from an order denying his motion for judgment on the pleadings and for summary judgment in an action for breach of contract and for the return of certain shares of stock sold by plaintiff to defendant. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, MacCrate, Beldock and Ughetta, JJ., concur.